UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ESTATE OF RALPH R. IANUZZI, SR., *deceased, through its personal representatives*, WILLIAM CARROLL and CHRISTINE IANUZZI,<br><br>*Plaintiff*,<br><br>v.<br><br>DAMON C. TORRES,<br><br>*Defendant*. | Case No. 22-cv-1269 (JMV) (JRA)<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and good cause shown,

**IT IS** on this **10th** day of June, 2022,

**ORDERED** that Plaintiff's motion for default judgment, D.E. 6, is **GRANTED**; and it is further

**ORDERED** that Plaintiff shall submit within thirty (30) days, a letter specifying the precise amount of damages it seeks and showing its calculations. Plaintiff shall use the date on which this Order and accompanying Opinion are signed and entered on the docket as the "date of judgment."

_____
John Michael Vazquez, U.S.D.J.